**Electronically Filed**
**Supreme Court**
**SCWC-19-0000552**
**20-SEP-2024**
**08:51 AM**
**Dkt. 5 OGAC**

SCWC-19-0000552

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

―――――――――――――――――

JAMES C. BORRSON,
Petitioner/Claimant-Appellee-Appellant,

vs.

BRENDA B. WEEKS,
Respondent/Employer-Appellant-Appellee,

and

SPECIAL COMPENSATION FUND,
Respondent/Appellee-Appellee.

―――――――――――――――――

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000552; CASE NO. AB 2017-041(WH); DCD NO. 9-16-00359)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner/Claimant-Appellee-Appellant James C. Borrson's

application for writ of certiorari filed on August 7, 2024, is

accepted.

It is further ordered, that no oral argument will be heard

in this case.  Any party may, within ten days and pursuant to

Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for

retention of oral argument.

DATED:  Honolulu, Hawaiʻi, September 20, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

